J-A19017-26

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| ROSILIS PELLETIER | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KATHLEEN SICKLER | : | No. 3092 EDA 2025 |

Appeal from the Order Entered November 6, 2025
In the Court of Common Pleas of Monroe County Civil Division at No(s):
002403-CV-2025

BEFORE:   OLSON, J., DUBOW, J., and FORD ELLIOTT, P.J.E.[*]

CONCURRING STATEMENT BY OLSON, J.:          **FILED JULY 22, 2026**

Although I agree with the learned Majority that Appellant's brief fails to comply in great measure with the Pennsylvania Rules of Appellate Procedure and contains an underdeveloped argument, I believe that the brief is sufficient to permit meaningful appellate review.  Upon review of the merits of the case, I find that the very thorough opinion filed on November 6, 2025 by the able trial judge, Hon. David J. Williamson, adequately and properly addresses the issues raised on appeal.  Accordingly, I would affirm the trial court's order for the reasons set forth in Judge Williamson's opinion.

---

[*] Retired Senior Judge assigned to the Superior Court.